IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE WESLEY HENSLEY                                                                    PLAINTIFF

vs.                                         Civil No. 4:19-cv-04002

KARLTON H. KEMP, JR. et al.                                                              DEFENDANTS

## ORDER

For the reasons stated in open court at the hearing on July 12, 2019, in Texarkana, Arkansas, the Court gives Plaintiff thirty (30) days from the date of this order to file an amended complaint. The Court gives Plaintiff thirty (30) days from that filing date to properly serve every separate Defendant in accordance with the Federal Rules of Civil Procedure. The Court finds Daniel Hensley is not a proper plaintiff in this action and should be terminated from the docket sheet.

Also for the reasons provided at today's hearing, the Court **DENIES** Separate Defendant Timothy Hensley's Pre-Answer Motion to Dismiss (ECF No. 6), **DENIES** Separate Defendant Cody Wayne Hensley's Pre-Answer Motion to Dismiss (ECF No. 7), and **DENIES** Separate Defendant Karlton H. Kemp, Jr.'s Motion to Dismiss (ECF No. 8). The Court **DENIES AS MOOT** Plaintiff's Motion for a Plea to Correct Clerical Error (ECF No. 10), Plaintiff's Motion for Clarity (ECF No. 11), Separate Defendant Cody Hensley's Rule 12(E) Motion (ECF No. 13), Separate Defendant Timothy Hensley's Rule 12(E) Motion (ECF No. 14), and Separate Defendant Karlton H. Kemp, Jr.'s Motion for More Definite Statement (ECF No. 15).

**ENTERED this 15th day of July 2019.**

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE